TO: Clerk of Court
601 Market Street
Phila, PA 19106

From: Stephen Owens # 896192
7901 State Rd; CFCF
Phila, PA 19136

Re: Change of Address / 26-CV-4278 and 26-CV-5141

Dear Clerk of Court,

I send this letter because I am back at CFCF which is the address above. Please forward "All" legal documents pretaining to the above civil matters to the new address listed above.

Dated: 9-6-2026

[signature]

To: Clerk of Court
601 Market Street
Phila, PA 19106

From: Stephen Owens #896192
7901 State Rd; CFCF
Phila, PA 19136

Re: updated docket sheets - 26-4278, 26-5141

Dear Clerk of Court

I am sending this letter because I would like to receive updated docket sheets for the civil matters listed above.

Dated: 9-6-2026

[signature]

Stephen Owens
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 896192
7901 State Rd; CFCF

PHILADELPHIA PA 190
8 SEP 2026 PM 7 L




"Legal Mail"

RECEIVED
SEP 10 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Clerk of Court
601 Market Street
Philadelphia, PA 19106

Photo Copied: 9-4-2026

19106-172999